```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Gregory Mango,

                    Plaintiff,

                                              17 Civ.7728(RWS)
          vs.
                                                O R D E R
Urbanlinx Media, Inc.

                    Defendant.
------------------------------------X
```

Sweet, D.J.,

Plaintiff filed this action on October 09, 2017 but has failed to serve defendant within 90 days of filing in violation of Federal Rule of Civil Procedure Rule 4(m).

For failure to prosecute, the above-entitled action is hereby dismissed without prejudice.

Plaintiff is given an additional thirty (30) days to show cause why the case should be reopened.

It is so ordered.

New York, NY

January 22, 2018

_____
ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/18